FILE COPY



CAUSE NO. 12-15-00155-CR
CAUSE NO. 12-15-00156-CR

IN THE COURT OF APPEALS

TWELFTH COURT OF APPEALS DISTRICT

TYLER, TEXAS

| KENDRIC DARNELL CROWDER, APPELLANT | } | APPEALED FROM COUNTY COURT |
|---|---|---|
| V. | } | AT LAW NO 2 IN AND FOR |
| THE STATE OF TEXAS, APPELLEE | } | SMITH COUNTY, TEXAS |

**ORDER**

Came on for review the status of the instant appeals, and the same having been considered, it appears that Appellant is not currently represented by counsel.

On May 8, 2015, the Docketing Statement was due to be filed. TEX. R. APP. P. 32.2. On June 9, 2015, this Court notified Appellant that a Docketing Statement was to be filed and gave him until June 19, 2015, to file it. Thereafter, when no Docketing Statement was filed, Appellant was again notified on June 22, 2015, that the Docketing Statement was past due and was given until July 2, 2015, to file a Docketing Statement. As of the date of this Order, no satisfactory response has been received.

Pursuant to TEX. R. APP. P. 32.2 it is ORDERED that the Honorable Randall L. Rogers, Judge of the County Court at Law No 2 of Smith County, shall immediately conduct a hearing to determine the cause of Appellant's failure to file the Docketing Statement and whether the Appellant has abandoned the appeals.

It is FURTHER ORDERED that the trial court determine whether: (1) Appellant is indigent and entitled to the appointment of counsel on appeal; (2) Appellant has sufficient funds to retain counsel; or (3) Appellant desires to represent himself on appeal.

FILE COPY

It is ADDITIONALLY ORDERED that once findings are made as to the above issues, the trial court shall appoint counsel, give Appellant an appropriate deadline for retaining counsel, or administer the appropriate warnings concerning the dangers of self-representation, in accordance with its findings and the court shall also take necessary action to insure the prompt filing of the Docketing Statement with this Court.

It is FINALLY ORDERED that a supplemental record containing the court's findings of fact and conclusions of law and any appropriate order(s) attendant thereto be certified to this Court on or before **August 6, 2015**.

**WITNESS** the Honorable James T. Worthen, Chief Justice of the Court of Appeals, 12th Court of Appeals District of Texas, at Tyler.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at my office this 7th day of July 2015, A.D.



CATHY S. LUSK, CLERK
12TH COURT OF APPEALS

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk